**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**HEATH WILLIAM KNIGHT, et al**  PLAINTIFF

**VERSUS**  CIVIL ACTION NO. 4:01CV223-P-B

**KIRBY INLAND MARINE, INC.;**
**KIRBY INLAND MARINE, INC. OF TEXAS**
**a/k/a DIXIE MARINE, INC.; HOLLYWOOD**
**MARINE, INC.; AND KIRBY INLAND MARINE,**
**INC. OF MISSISSIPPI**  DEFENDANTS

## ORDER

This cause is before the Court on the plaintiffs' Motion for Cost Reimbursement [102]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Court finds that the plaintiffs' motion should be sustained in part.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion for Cost Reimbursement [102] should be, and hereby is, GRANTED IN PART and DENIED IN PART. IT IS FURTHER ORDERED that defendants are hereby ordered to tender plaintiffs' counsel a check in the amount of $20,869.00 within twenty (20) days of the entry of this Order.

SO ORDERED, this the 12th day of January, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE