**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**HEATH WILLIAM KNIGHT, et al**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VERSUS**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 4:01CV223-P-B**

**KIRBY INLAND MARINE, INC.;
KIRBY INLAND MARINE, INC. OF TEXAS
a/k/a DIXIE MARINE, INC.; HOLLYWOOD
MARINE, INC.; AND KIRBY INLAND MARINE,
INC. OF MISSISSIPPI**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

This cause is before the Court on defendants, Kirby Inland Marine, Inc., Kirby Inland Marine, Inc. of Texas a/k/a Dixie Marine, Inc., Hollywood Marine, Inc., and Kirby Inland Marine, Inc. of Mississippi's Motion for Summary Judgment on Claim of Heath William Knight. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The Court finds that the defendants' motion is well-taken and should be sustained for the reasons articulated in the defendants' motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for Summary Judgment on Claim of Heath William Knight is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 12th day of January, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE