IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HEATH WILLIAM KNIGHT, et al**                                               **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 4:01CV223-P-B**

**KIRBY INLAND MARINE, INC.;**
**KIRBY INLAND MARINE, INC. OF TEXAS**
**a/k/a DIXIE MARINE, INC.; HOLLYWOOD**
**MARINE, INC.; AND KIRBY INLAND MARINE,**
**INC. OF MISSISSIPPI**                                                       **DEFENDANTS**

## FINAL JUDGMENT

This cause came on for hearing on defendants' Motion(s) for Summary Judgment [83-1], [87-1] and [90-1]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Orders entered contemporaneously herewith, the Court finds that the defendants' motions are well-taken and should be sustained for the reasons set forth in the defendants' motions and supporting memoranda.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants Motion(s) for Summary Judgment [83-1], [87-1] and [90-1] are well-taken and should be, and hereby are, GRANTED. IT IS FURTHER ORDERED that this cause is hereby DISMISSED WITH PREJUDICE.

This, the 12th day of January, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE